People ex rel. Bleecker v Imperati (2026 NY Slip Op 01931)

People ex rel. Bleecker v Imperati

2026 NY Slip Op 01931

Decided on March 31, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 31, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

2026-02908

[*1]The People of the State of New York, ex rel. Michelle E. Bleecker, on behalf of Owen Ekpo, petitioner,
vKirk Imperati, etc., respondent.

Margaret M. Walker, Poughkeepsie, NY (Michelle E. Bleecker pro se of counsel), for petitioner.
Anthony P. Parisi, District Attorney, Poughkeepsie, NY (Kirsten A. Rappleyea of counsel), and Caroline E. Blackburn, County Attorney, Poughkeepsie, NY (Tracy J. Lindauer of counsel), for respondent.
Writ of habeas corpus in the nature of an application to release Owen Ekpo upon his own recognizance or, in the alternative, to set reasonable bail upon Dutchess County Indictment Nos. 10/2026 and 70077/2026.

ADJUDGED that the writ is sustained, without costs or disbursements, and Owen Ekpo is released upon his own recognizance, on condition that, Owen Ekpo shall (1) surrender all passports, if any, he may have to the Office of the District Attorney of Dutchess County, or, if he does not possess a passport, he shall provide to the Office of the District Attorney of Dutchess County an affidavit or affirmation, in a form approved by the Office of the District Attorney of Dutchess County, in which he attests that he does not possess a passport, and shall not apply for any new or replacement passports; and (2) provide to the Office of the District Attorney of Dutchess County an affidavit or affirmation, in a form approved by the Office of the District Attorney of Dutchess County, in which he attests that if he leaves the jurisdiction he agrees to waive the right to oppose extradition from any foreign jurisdiction; and it is further,
ORDERED that upon receipt of a copy of this decision, order and judgment together with proof that Owen Ekpo (1) has surrendered all passports, if any, he may have to the Office of the District Attorney of Dutchess County, or, if he does not possess a passport, has provided to the Office of the District Attorney of Dutchess County an affidavit or affirmation, in a form approved by the Office of the District Attorney of Dutchess County, in which he attests that he does not possess a passport, and shall not apply for any new or replacement passports; and (2) has provided to the Office of the District Attorney of Dutchess County an affidavit or affirmation, in a form approved by the Office of the District Attorney of Dutchess County, in which he attests that if he leaves the jurisdiction he agrees to waive the right to oppose extradition from any foreign jurisdiction, the Warden of the facility at which Owen Ekpo is incarcerated, or his or her agent, is directed to immediately release Owen Ekpo from incarceration.
CONNOLLY, J.P., CHRISTOPHER, WARHIT and GOLIA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court